Case Name: United States v. CHRISTIAN GATOIN
Docket No. 1:02-cr-00401-KMW-8

Dear Clerk:

I believe that I may be eligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and the retroactive drug guideline amendment (Amendment 782). I respectfully request that you appoint counsel to represent me.

__XX__ I was previously represented by appointed counsel.

_____ I previously had retained counsel, but am now indigent. Enclosed is my financial affidavit.

Respectfully,

Name        CHISTIAN GATOIN
Reg. No.    #53320-054
Institution F.C.I. ALLENWOOD.
Address     P.O. BOX, 2000
            WHITE DEER, PA. 17887

DATE: 12-3-15

INMATE NAME/NUMBER: CHRISTIAN GATOIN • #53320-054
FEDERAL CORRECTION COMPLEX-ALLENWOOD MEDIUM
P.O. BOX 2000
WHITE DEER, PA 17887

LEGAL MAIL:

DEC 14 2015

Crim Docketing
JnB 12/17/15

HARRISBURG PA 171
15 DEC 2015 PM 4 L

⇔53320-054⇔
United States Courthouse
Floor # 120
500 Pearl ST
Clerk OF Court
NEW YORK, NY 10007-1312
United States

