DEAR, Clerk of court                    2-17-2016

RE: CHRistian Gaton          02-CR-401 (KMW)


Now comes christian Gaton, on 2-8-2016 Defendants united states code section 3582(c)(2) and Amendment 782 and 505 and 709 and 711 of the united states sentencing Guidelines was denied. Defendant wish to file and Notice of Appeal.

Truly yours
CHRISTIAN GATON.
#53320-054

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 3 2016




18 FEB 2016 PM 2 L

INMATE NAME/NUMBER: Christian Gaton # 53320-054
FEDERAL CORRECTION COMPLEX-ALLENWOOD FCI
P.O. BOX 2000
WHITE DEER, PA 17887

⇨ 53320-054 ⇦
United States Courthouse
Floor # 120
500 Pearl ST
Clerk OF Court
NEW YORK, NY 10007-1312
United States

