USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 16, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

        v.

CHRISTIAN GATON,

                Defendant.
---------------------------------------------------------------X

02-CR-401-8 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Christian Gaton has filed a second *pro se* motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (ECF No. 236.) The Government is ordered to respond to Defendant's motion by August 13, 2025. Defendant's reply, if any, is due by September 10, 2025, but may be submitted earlier. Once the Court receives Defendant's reply, the Court will consider the motion fully briefed and ready for ruling.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Gaton.

    SO ORDERED.

Dated: New York, New York
       July 16, 2025

                                              */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                         United States District Judge