UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

CHRISTIAN GATON,

Defendant.
--------------------------------------------------------------X

02-CR-401-8 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Christian Gaton requested information concerning the Court's decision concerning his motion for compassionate release. The Court denied Mr. Gaton's motion for compassionate release on April 27, 2026. (ECF No. 241).

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Gaton.

SO ORDERED.

Dated: New York, New York
September 28, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge